UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DUSTIN PARSLEY,<br><br>Plaintiff,<br><br>v.<br><br>SNOHOMISH COUNTY JAIL, CAPT. SUNDSTROM and SGT. MATSON,<br><br>Defendants. | No. 1:16-cv-03190-SAB (JTR)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION TO DISMISS ACTION** |

Before the Court is Magistrate Judge John T. Rodger's Report and Recommendation to Dismiss Action, ECF No. 6. The Plaintiff has not filed a complete application to proceed *in forma pauperis* as required; the Court is unable to make further mail contact with Plaintiff; and Plaintiff has filed no objections, and taken no further action to prosecute this case. Therefore the Court hereby **adopts** Judge Rodger's Report and Recommendation in its entirety.

//
//
//
//
//
//
//
//

**ORDER ADOPTING REPORT AND RECOMMENDATION . . . ^ 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. The Court **ADOPTS** Magistrate Judge Rodger's Report and Recommendation to Dismiss Action, ECF No. 6, in its entirety.

2. The case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to **enter** this Order, **enter** a judgment, and **forward** a copy to Petitioner and counsel. The District Court Executive shall **close** this case.

**DATED** this 19th day of January, 2017.



                        Stanley A. Bastian
                        United States District Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION . . . ^ 2**