# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| DUSTIN PARSLEY, <br> *Plaintiff* <br> v. <br> SNOHOMISH COUNTY JAIL, CAPT. SUNDSTROM and SGT. MATSON, <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No.  1:16-CV-03190-SAB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Magistrate Judge Rodger's Report and Recommendation to Dismiss Action (ECF No. 6) is ADOPTED in its entirety. The case is DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Stanley A. Bastian  on a Report and Recomendation to Dismiss Action (ECF No. 6).

Date:  1/19/2017

CLERK OF COURT

SEAN F. McAVOY

s/ Lennie Rasmussen
*(By) Deputy Clerk*

Lennie Rasmussen